THE STATE EX REL. RUSSELL ET AL., APPELLANTS, ·
*v.* EHRNFELT, MAYOR, APPELLEE.

[Cite as *State ex rel. Russell v. Ehrnfelt* (1993), 67 Ohio St.3d 132.]

(No. 93–131—Submitted April 6, 1993—Decided August 11, 1993.)

*Roderick Russell* and *James Russell, pro se.*

*Squire, Sanders & Dempsey, Frank A. DiPiero* and *James W. Satola,* for appellee Walter Ehrnfelt, Mayor.

*Per Curiam.* The judgment of the court of appeals is affirmed.

R.C. 2731.02 states in part:

"Such writ [of mandamus] may issue on the information of the party beneficially interested."

In *State ex rel. Brophy v. Cleveland* (1943), 141 Ohio St. 518, 26 O.O. 87, 49 N.E.2d 175, we held that a nontaxpaying nonresident of a municipal corporation who was merely an agent-purchaser of water for others had no beneficial interest in the municipal water rates. We adhere to that decision. Here, appellants have only a contingent, contractual interest in the rates paid by others.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.